UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOVINDA PYAKUREL,

                    Plaintiff,

        -against-

KENNETH GENALO, ET AL.,

                  Defendant.

24 CIVIL 8620 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the August 12, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      SO ORDERED.

Dated:    August 14, 2025

        New York, New York

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
              Chief United States District Judge